# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATT DIFRANCESCO, ANGELA MIZZONI, and LYNN MARRAPODI, individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>   v.<br><br>UTZ QUALITY FOODS, INC.<br><br>          Defendant. | Case No. 1:14-CV-14744-DPW |

## DECLARATION OF TINA WOLFSON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

I, Tina Wolfson, declare as follows:

1.      I am an attorney licensed to practice in all courts in the State of California, and am admitted to practice *pro hac vice* in the District of Massachusetts in this case. I am a founding member of the law firm of Ahdoot & Wolfson, PC ("AW").  I submit this declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. The matters stated herein are true of my own knowledge or, where indicated, I am informed and believe that they are true. If called upon as a witness, I could and would competently testify as follows.

2.      AW is experienced in litigating and settling class actions, including alleged false advertising lawsuits such as this action. A true and correct copy of my CV is attached hereto as **Exhibit A**, which demonstrates that AW and I are well qualified to serve as Class Counsel in this action.

## BACKGROUND AND WORK DONE BY AW

3.      On December 30, 2014, AW filed a putative class action lawsuit on behalf of Matt DiFrancesco and Angela Mizzoni, and others similarly situated, against Utz Quality Foods, Inc. ("Utz" or "Defendant"), in the United States District Court for the District of Massachusetts, Case No. 1:14-CV-14744-DWP (D. Mass.), asserting causes of action for alleged violations of Massachusetts General Law ch. 266, § 91, as well as claims for breach of express warranty and unjust enrichment. (Dkt. No. 1.)

4.      On February 23, 2015, Utz filed a Motion to Dismiss Plaintiffs' complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (Dkt. No. 12.)

5.       In response, on March 16, 2015, Plaintiffs filed a First Amended Class Action Complaint, thereby mooting Utz's Motion to Dismiss. (Dkt. No. 23) ("FACC"). The FACC added Plaintiff Lynn Marrapodi as a putative class representative, and asserted causes of action

2

for alleged violations of Mass. Gen. Law ch. 93A and ch. 266, § 91 and New York Gen. Bus. Law ("GBL") §§ 349 and 350, as well as claims for breach of express warranty and unjust enrichment. (FACC ¶ 11.) The FACC alleges, *inter alia*, that that Utz manufactured, marketed, and sold various snack foods and that through a nationwide advertising campaign, Utz sold its products by advertising that they were "All Natural." Plaintiffs challenged these advertisements, asserting, *inter alia*, that Defendant's products are not "All Natural" in that they contain ingredients that are chemically derived, heavily processed, synthetic, and/or artificial, and/or ingredients containing and/or derived from Genetically Modified Organisms ("GMOs") (FACC ¶¶ 1-10). Attached as **Exhibit B** hereto are exemplars of Utz and Bachman brand product labels disputed in the action.

6.      Utz filed a Motion to Dismiss Plaintiffs' Amended Complaint on April 29, 2015. (Dkt. No. 26.)  The Motion was fully briefed by the parties, including a reply by Utz and a surreply by Plaintiffs. (Dkt. Nos. 38 and 41, respectively.) The Court denied Utz's Motion on July 23, 2015, and Utz filed an Answer to Plaintiffs' FACC on July 6, 2015. (Dkt. Nos. 43 and 44, respectively.)

7.      On September 24, 2015, the Parties filed a Joint Motion to Stay the action pending mediation.

8.      Before initiating these actions, AW investigated the underlying facts and analyzed the veracity of the claims. AW's (i) reviewed and analyzed Defendant's advertising and labeling, (ii) gathered any available substantiation and research relating to the claims made in the subject advertising, and (iii) conducted an independent investigation of the scientific and factual basis for the claims in the advertising of Defendant's snack foods. These efforts included evaluation of the relevant law, facts, and allegations to assess the merits of the claims and potential claims and to determine the strength of anticipated defenses in the action.

9.      AW continued these efforts after filing the action and before entering into the Settlement Agreement, and conducted a thorough examination, investigation, and evaluation of the relevant law and facts to assess the merits of the claims and defenses.

10.     The Parties engaged in extensive discovery. Through negotiation, the Parties reached an agreement as to a schedule for discovery. On July 10, 2015, Plaintiff served on Utz a total of 117 requests for production and thirty (30) interrogatories. On August 28, 2015, Plaintiffs served on Utz a total of fifty-four (54) requests for admission. This resulted in Defendant's production of written responses and over 2,200 pages of documents in electronic form, which were thoroughly reviewed by Plaintiffs' Counsel. Similarly, On July 15, 2015, Utz served a total of thirty-six (36) interrogatories, sixty-nine (69) requests for production and twenty-seven (27) requests for admission. Plaintiffs served written responses and produced a total of 879 pages of documents.

11.     The parties began settlement discussions in or around September 2015, which resulted in the long series of arm's length negotiations.  On or about November 16, 2015, I attended a full-day in-person mediation session with the Honorable Peter D. Lichtman (Ret.) of JAMS.

12.     In connection with the mediation, Plaintiffs requested substantial supplemental information from Defendant. Utz produced additional documents sufficient to permit Plaintiffs and Class Counsel to evaluate the claims and potential defenses and to meaningfully conduct informed settlement discussions. In connection with the Parties' mediation, Plaintiffs obtained discovery regarding: (i) product packaging and advertisements throughout the Class Period; (ii) information regarding product ingredients; (iii) the use of the phrases "Natural" and "All Natural" on product labels; and (iv) sales and retail sales data, including the total amount of

wholesale revenue, by product type, throughout the Class Period. Plaintiffs also produced to Utz additional information regarding Plaintiffs' purchases of the Products.

13.     After reaching a settlement in principle, the parties commenced memorializing the full Settlement, which generated numerous additional rounds of comprehensive and often spirited negotiations.  The parties extensively negotiated each specific aspect of the Stipulation, including each of its eight (8) exhibits.  For example, counsel negotiated and meticulously refined the final Notice program and each document comprising the Notice (the Class Notice and Summary Settlement Notice), with the assistance of a Angeion, a company that specializes in developing class action notice plans, to ensure that the information disseminated to Settlement Class Members is clear and concise.

14.     Defendant has revealed that because the Eligible Products are most typically sold over the counter at retail stores, Defendant does not have mailing addresses for the overwhelming majority of the proposed Class Members.  Defendant further revealed that while they know the approximate number of units of the Eligible Products sold during the Class Period at the wholesale level, it does not know the number of total Class Members since most of its sales are on the wholesale level and many of the consumers of the products are repeat purchasers.  Defendant also revealed that it has sold millions of units of the Eligible Products during the Class Period, and, as such, at the very least the size of the Class is comprised of hundreds of thousands of individuals.

## CALCULATION OF CLASS MEMBERS' CONSIDERATION

15.     Under the terms of this Settlement, Class Members are eligible to receive a refund of Two Dollars ($2.00) per Qualifying Purchase, up to a maximum of Twenty Dollars ($20.00) per household.

16.     In my view, the Settlement provides substantial benefits to the Class, especially when one considers the attendant expense, risks, delays, and uncertainties of litigation, trial and post-trial proceedings. Furthermore, this consideration is substantial in comparison to the other likely measure of damages – the difference between the purchase price for the product as represented and the value of the product received, if the product received is compared to regular snacks that are not labeled "All Natural."

### CONCLUSION

17.     Based upon AW's investigation, research, document and information review, interviews, as well as my personal knowledge and experience, I believe that the Settlement is in the best interests of the Class and that the Settlement is fair, reasonable, and adequate.  The benefits afforded by the Settlement reflect a reasoned compromise which not only takes into consideration the risks inherent in all complex, class litigation, but also the various issues in this case specifically, which had the potential to completely eliminate recovery available to the Class.

18.     While I believe that the claims asserted in this action have merit and that the evidence developed to date supports those claims, I also recognize and acknowledge, based on my experience, the expense and length of time necessary to prosecute this case to judgment.  I have also have taken into account the uncertain outcome and the risk of any litigation, as well as the difficulties and delays inherent in such litigation.

I declare under penalty of perjury under the laws of California and of the United States that the foregoing is true and correct.  Executed this 17th day of February, 2017 in West Hollywood, California.

_____
Tina Wolfson

# EXHIBIT A



# AHDOOT & WOLFSON, PC

## ATTORNEYS

In March 1998, Tina Wolfson and Robert Ahdoot founded Ahdoot & Wolfson, PC ("AW"). AW is a top tier law firm specializing in advocating consumer and employee rights. The attorneys at AW vigorously litigate against large corporations to vindicate the rights of millions of consumers or employees in protracted, complex litigation, to successful results.

AW has been appointed class counsel in numerous class actions, and, as founding members, Ms. Wolfson and Mr. Ahdoot have obtained extensive experience in prosecuting complex class action and representative lawsuits. They have served as plaintiffs' counsel/co-counsel or class counsel and litigated numerous class actions or representative actions against large corporate defendants involving varied consumer rights claims.

Ms. Wolfson attended and graduated Harvard Law School *cum laude* in 1994. Ms. Wolfson began her civil litigation career at the Los Angeles office of Morrison & Foerster, LLP, where she defended major corporations in complex actions and represented indigent individuals in immigration and deportation trials as part of the firm's *pro bono* practice. She then gained further invaluable litigation and trial experience at a boutique firm, focusing on representing plaintiffs on a contingency basis in civil rights and employee rights cases.

Mr. Ahdoot graduated from Pepperdine Law School *cum laude* in 1994 where he served as literary editor of the Pepperdine Law Review. He clerked for the Honorable Paul Flynn at the California Court of Appeals, and then began his career as a civil litigator at the Los Angeles office of Mendes & Mount, LLP, where he defended large corporations and syndicates such as Lloyds of London in complex environmental and construction-related litigation as well as a variety of other matters.

Ms. Wolfson is currently serving, by court appointment, as Co-Lead Counsel in the MDL action entitled *In re: Experian Data Breach Litigation*, Case No. 8:15-cv-01592-AG-DFM (C.D. Cal.) (Judge Guilford presiding). She also is serving, by court appointment, as Co-Lead Counsel in the MDL action entitled *In re: Kind LLC "All Natural" Litigation*, No. 1:15-md-02645-WHP (S.D.N.Y.) (Judge Pauley presiding). She also is serving, by court appointment, as Co-Lead Counsel in the MDL action entitled *In re: Whole Foods Market,*

*Inc., Greek Yogurt Marketing and Sales Practices Litigation*, Case No. 1:14-mc-02588-SS (W.D. Tex.) (Judge Sparks presiding).  AW is serving as Class Counsel in the coordinated actions entitled *Williamson v. McAfee*, Case No. 5:14-cv-00158-EJD (N.D. Cal.) and *Kirby v. McAfee*, Case No. 5:14-cv-02475-EJD (Judge Davila presiding) (final approval pending).

Ms. Wolfson also is currently serving, by court appointment, on the Consumer Plaintiffs' Steering Committee in the MDL action entitled *In re: The Home Depot, Inc., Customer Data Security Breach Litigation*, Case No. 1:14-md-02583-TWT (N.D. Ga.) (Judge Thrash presiding).  She is also serving, by court appointment, on the Plaintiffs' Executive Leadership Committee in the current MDL action entitled *In re: Premera Blue Cross Customer Data Security Breach Litigation*, Case No. 3:15-md-02633-SI (D. Or.) (Judge Simon presiding).  She is also serving, by court appointment, on the Plaintiffs' Steering Committee in the current MDL action entitled *In re: U.S. Office of Personnel Management Data Security Breach Litigation*, Case No. 1:15-cv-01394-ABJ (D.D.C.) (Judge Jackson presiding).

AW has been appointed lead counsel in numerous other complex consumer class actions, sometimes in contested leadership applications. The following examples of such actions are either ongoing or have been successfully resolved, and have or will confer millions of dollars worth of benefits to the class, as well as injunctive relief:

- *Pappas v. Naked Juice Co. of Glendora, Inc.*, Case No. 2:11-cv-8276-JAK-PLA (C.D. Cal.) (appointed co-lead counsel after contested application; resulted in the second largest food false advertising case ever ($9,000,000 non-revertible fund)).
- *Trammell v. Barbara's Bakery, Inc.*, Case No. 3:12-cv-02664-CRB (N.D. Cal.) (nationwide settlement of food false advertising case, non-revertible fund; when preliminarily approving the settlement, Judge Breyer commented that the settlement is an "excellent settlement" and that both sides did "an excellent job of resolving the case," doing a "superb job" and presenting "a model of good lawyering on both sides"; when granting final approval to the settlement, Judge Breyer reiterated that the settlement was "very good" and that the case was "quite a successful class action").
- *Cassidy v. Reebok International Ltd.*, Case No. 2:10-cv-09966-AHM (C.D. Cal.) (nationwide settlement of apparel false advertising case; non-revertible fund).
- *Carey v. New Balance Athletic Shoe, Inc.*, Case Nos. 1:11-cv-10632-LTS & 1:11-cv-10001-LTS (D. Mass.) (nationwide settlement of apparel false advertising case; non-revertible fund).
- *West v. Examsoft Worldwide Inc.*, Case No. 14-cv-22950-UU (S.D. Fla.)

(nationwide settlement preliminarily approved arising from software error on bar exam).

- *Chimeno-Buzzi v. Hollister Co.*, Case No. 1:14-cv-23120-MGC (S.D. Fla.) (nationwide settlement arising from automated text messages alleged to violate the Telephone Consumer Protection Act).

- *Skeen v. BMW of North America, LLC*, Case No. 2:13-cv-01531-WHW-CLW (D.N.J.) (nationwide settlement arising from alleged timing chain tensioner defect in MINI vehicles).

- *Mirto v. AIG/Granite State Insurance Co. et al.*, Case No. HG 04180408 (Cal. Super. Ct., Alameda Cty.).

- *Axen v. Ginco International, et al.*, Case No. 427033 (SFSC).

- *Citizens for Responsible Business v. Rite Aid Corporation, et al.*, Case No. 414831 (SFSC) (prosecuted claims of false and illegal labeling in the herbal supplement industry against 107 retailers and manufacturers, who were gleaning millions of dollars from this nationwide practice; AW was successful in completely eradicating the alleged illegal practice in the United States).

- *In Re: Hain Celestial Seasonings Products Consumer Litig.*, Case No. 13-cv-01757-AG-AN (C.D. Cal.) (appointed co-lead counsel after contested application; class certification motion pending).

- *Lavinsky vs. City of Los Angeles*, Case No. BC542245 (LASC) (challenging allegedly illegal utilities taxation practices).

- *Feliciano v. General Motors LLC*, Case No. 14-cv-06374-AT (S.D.N.Y.) (product defect regarding Chevy Cruze vehicles).

- *Weiss v. Los Angeles*, No. BC 141354 (LASC) (challenging the defendant's review of parking violations, won *writ of mandate* to stop the allegedly illegal practice).

- *In re: SFPP Right-of-Way Claims*, No. 8:15-cv-00718-JVS-DFM (C.D. Cal.).

- *In re: Daily Fantasy Sports Litig.*, Case No. 1:16-md-02677-GAO (D. Mass.).

- *Moody v. Ocwen Loan Servicing, LLC*, Case No. 2:15-cv-05186-DMG-GJS (C.D. Cal.).

- *In re Yapstone Data Breach*, Case No. 4:15-cv-04429-JSW (N.D. Cal.).

- *Philliben, et al. v. Uber Technologies, Inc.*, Case No. 3:14-cv-05615-JST (N.D. Cal.).

- *Ellinghaus v. Educational Testing Service*, No. 2:15-cv-03442-SJF-AKT (E.D.N.Y.).

- *Tucker v. Wal-Mart Stores, Inc.*, Case No. 15SL-CC02693-BWW (Mo. Cir. Ct., 21st Cir., St. Louis Cty.).

- *A.Y. v. The Regents of the University of California*, Case No. BC590344 (Cal. Super.

Ct., Los Angeles Cty. ("LASC")).

- *Bishop v. Shorter University, Inc.*, Case No. 4:15-cv-00033-HLM (N.D. Ga.).
- *In re: Uber FCRA Litigation*, Case No. 3:14-cv-05200-EMC (N.D. Cal.) (challenging the defendant's alleged violations of the FCRA).
- *Whalen v. Michaels Stores, Inc.*, Case No. 2:14-cv-07006-JS-ARL (E.N.D.Y.).
- *In re: Intuit Data Litigation*, Case No. 5:15-cv-01778-EJD (N.D. Cal.).
- *Wood v. American Eagle Outfitters, Inc.*, Case No. 1:15-cv-02370-VEC (S.D.N.Y.).
- *Rivera v. Google*, Case No. 1:16-cv-02714 (N.D. Ill.).
- *Haddix v. General Mills Inc.*, Case No. 2:15-cv-02625-MCE-KJN (E.D. Cal.).
- *Smith v. Floor and Decor Outlets of America, Inc.*, Case No. 1:15-cv-04316-ELR (N.D. Ga.)
- *Seim v. HomeAway, Inc.*, Case No. 1:16-cv-00479-LY (W.D. Tex.).
- *In re: The Honest Co., Inc., SLS Marketing and Sales Practices Litig.*, MDL No. 2719 (pending); underlying case *Alhadeff v. The Honest Co., Inc.*, Case No. 2:16-cv-02361-AB-RAO (C.D. Cal.).
- *Abad v. Lumber Liquidators, Inc.*, Case No. 2:15-cv-03795-MMM-JPR (C.D. Cal.).
- *Gillette v. Uber Technologies, Inc.*, Case No. 3:14-cv-05241-EMC (N.D. Cal.).

AW has been prosecuting cutting edge cases on behalf of consumer classes since the late 1990's.  They were among the first group of attorneys who successfully litigated the privacy rights of millions of consumers against major financial institutions—including Chase Manhattan Bank, American Express, MBNA America Bank, Discover Bank, FleetBoston, and Washington Mutual Bank—where the plaintiffs alleged that the defendants used their personal information to compile detailed financial dossiers to use for internal marketing purposes and to sell them to third party telemarketers, without their consent.  As lead counsel in these privacy class actions, AW brought the consumer claims to successful conclusion on a class-wide basis, conferring millions of dollars of benefits to consumers.  The business practices that her clients challenged in these cases later became the subject of Graham Leach Bliley Act regulation.

Ms. Wolfson was elected as co-lead class counsel in the consumer class action stemming out of the Neiman Marcus data breach, entitled *Remijas, et al. v. Neiman Marcus Group, LLC*, Case No. 14-cv-1735 (N.D. Ill.).  AW, with Ms. Wolfson at the helm, was responsible for briefing and arguing the groundbreaking appeal from the trial court's order granting the Motion to Dismiss on the pleadings based on lack of Article III standing.  The Seventh Circuit's landmark opinion was the first appellate decision issued after the Supreme Court's decision in *Clapper v. Amnesty Intern. USA*, 133 S.Ct. 1138 (2013).  The

defense bar has aggressively advocated that *Clapper* set a more rigorous standard for Article III standing inquiries and required a finding of no standing on behalf of plaintiffs in a data breach case, unless plaintiffs were able to show that they suffered unreimbursed fraudulent charges. The *Neiman Marcus* opinion was the first appellate court to reject this view of *Clapper* and, adopting the plaintiff's reasoning, established, among other things, that data breach victims have standing to pursue claims based on the increased risk of identity theft and fraud, even before that theft or fraud materializes. *Remijas v. Neiman Marcus*, Case No. 14-3122 (7th Cir. July 20, 2015) (reversed and remanded).

AW also was instrumental to the consumer plaintiffs' efforts in the Target data breach litigation. *In re: Target Corporation Customer Data Security Breach Litigation*, Case No. 14-md-2522 (D. Minn.) AW contributed considerable effort to vetting hundreds of potential class representatives, legal research involving the different state laws in play, the consolidated complaint, and significant discovery efforts. AW has also prosecuted medical privacy class actions on behalf of victims of data breaches under the California Confidentiality of Medical Information Act (CMIA). For example, AW was a member of the Executive Committee in the consolidated actions entitled *Whitaker v. Health Net*, Case No. 2:11-cv-00910-KJM (E.D. Cal.), and in the *Sutter Medical Information Cases*, Case No. JCCP 4698 (Cal. Super. Ct., Sacramento Cty.).

Ms. Wolfson serves as a co-chair of the Federal Torts Section of the Federal Bar Association. She co-authored, along with AW associate Bradley King, an article discussing developments in enforcement of arbitration agreements. Tina Wolfson & Bradley King, *Even After* Concepcion *and* Italian Colors*, Some Arbitration Agreements Are Not Enforceable*, FED. LAWYER, Jan./Feb. 2015, Vol. 62 Issue 1, p 19. Ms. Wolfson is also an active member of the California Bar Privacy Law Subcommittee.

Additionally, Ms. Wolfson frequently lectures on numerous topics related to class action litigation across the country. An incomplete list of her speaking engagements is as follows:

- American Association for Justice: AAJ 2015 Annual Convention, July 2015, Montreal: "The Mechanics of Class Action Certification."
- HarrisMartin: Data Breach Litigation Conference: The Coming of Age, March 2015, San Diego: "The First Hurdles: Standing and Other Motion to Dismiss Arguments."
- Bridgeport: 2015 Annual Consumer Class Action Conference, February 2015, Miami: Co-Chair.
- Venable, LLP: October 2014, San Francisco: invited by former opposing counsel

to present mock oral argument on a motion to certify the class in a food labeling case, Hon. Marilyn Hall Patel (Ret.) presiding.

- Bridgeport: 15th Annual Class Action Litigation Conference, September 2014, San Francisco: "Food Labeling and Nutritional Claim Specific Class Actions" (Co-Chair and Panelist).

- Bridgeport: 2014 Consumer Class Action Conference, June 2014, Chicago: "Hot Topics in Food Class Action Litigation."

- Perrin Conferences: Challenges Facing the Food and Beverage Industries in Complex Consumer Litigations, April 2014, Chicago, where I was invited to discuss cutting edge developments in settlement negotiations, notice, and other topics.

- Bridgeport: Class Action Litigation & Management Conference, April 2014, Los Angeles: "Getting Your Settlement Approved."

- HarrisMartin: Target Data Security Breach Litigation Conference, March 2014, San Diego: "Neiman Marcus and Michael's Data Breach Cases and the Future of Data Breach Cases."

- Bridgeport: Advertising, Marketing & Media Law: Litigation and Best Management Practices, March 2014, Los Angeles: "Class Waivers and Arbitration Provisions Post-*Concepcion / Oxford Health Care.*"

- Federal Bar Association: The Future of Class Actions, featuring the Hon. Jon Tigar and the Hon. Laurel Beeler, November 2015, San Francisco: "Cutting Edge Topics in Class Action Litigation" (Co-Chair and Faculty).

- Federal Bar Association: 2016 Class Action Symposium, featuring the Hon. Joseph F. Anderson and the Hon. Susan Illston, November 2016, San Francisco (Co-Chair and Faculty).

Mr. Ahdoot also frequently lectures on numerous topics related to class action litigation across the country.  An incomplete list of his speaking engagements is as follows:

- HarrisMartin: Lumber Liquidators Flooring Litigation Conference, May 2015, Minneapolis: "Best Legal Claims and Defenses."

- Bridgeport: 15th Annual Class Action Litigation Conference, September 2014, San Francisco: "The Scourge of the System: Serial Objectors."

- Strafford Webinars: Crafting Class Settlement Notice Programs: Due Process, Reach, Claims Rates and More, February 2014: "Minimizing Court Scrutiny and Overcoming Objector Challenges."

- Pincus: Wage & Hour and Consumer Class Actions for Newer Attorneys: The

Do's and Don'ts, January 2014, Los Angeles: "Current Uses for the 17200, the CLRA an PAGA."

- Bridgeport: 2013 Class Action Litigation & Management Conference, August 2013, San Francisco: "Settlement Mechanics and Strategy.

# EXHIBIT B

cyber graphics





**FAMILY SIZE**

• GUARANTEED FRESH •
• UNTIL PRINTED DATE •

# UTZ®

## No Salt added*

### crisp and natural
### potato chips

In recent years, sodium has become a health issue for some consumers. Long before that, Bill and Salie Utz believed that if a basic potato chip had a good flavor, a little salt would enhance that flavor while a lot of salt would destroy it. The over 90 year-old recipe you receive in this package is a time tested standard in the potato chip industry, which just happens to have the lowest sodium level among all leading chip brands. We have never advertised that fact, but thought those who are concerned about sodium intake would want to know.

We unconditionally guarantee all UTZ products. If you are ever dissatisfied, return the unused portion to the store where purchased for a full refund or satisfactory replacement, or write us at 900 High Street, Hanover, PA 17331. Please include the name of the store where purchased, the price/code mark on the front of this package and the reason for dissatisfaction.





**NET WT 9.5 oz (269.3g)**    Ⓤ

0g TRANS FAT | NO CHOLESTEROL | NO PRESERVATIVES | NO MSG | GLUTEN FREE

Contains 9g Total Fat per Serving. See Back Panel for Nutrition Information.

## Nutrition Facts
Serving Size: 1 oz (28g/about 20 chips)
Servings Per Container: About 10

| Amount Per Serving | | |
|---|---|---|
| **Calories** 150 | Calories from Fat 80 | |
| | | **% Daily Value*** |
| **Total Fat** 9g | | **14%** |
| Saturated Fat 2g | | **10%** |
| Trans Fat 0g | | |
| Polyunsaturated Fat 5g | | |
| Monounsaturated Fat 2g | | |
| **Cholesterol** 0mg | | **0%** |
| **Sodium** 5mg | | **0%** |
| **Potassium** 370mg | | **11%** |
| **Total Carbohydrate** 14g | | **5%** |
| Dietary Fiber 1g | | **4%** |
| Sugars 0g | | |
| **Protein** 2g | | |

| | | | |
|---|---|---|---|
| Vitamin A | 0% | • Vitamin C | 10% |
| Calcium | 0% | • Iron | 2% |
| Vitamin E | 20% | • Thiamin | 4% |
| Niacin | 8% | • Vitamin B6 | 4% |
| Phosphorus | 4% | • Magnesium | 4% |

* Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | | Calories: | 2,000 | 2,500 |
|---|---|---|---|---|
| Total Fat | Less than | | 65g | 80g |
| Sat Fat | Less than | | 20g | 25g |
| Cholesterol | Less than | | 300mg | 300mg |
| Sodium | Less than | | 2,400mg | 2,400mg |
| Potassium | | | 3,500mg | 3,500mg |
| Total Carbohydrate | | | 300g | 375g |
| Dietary Fiber | | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

**\*THIS IS NOT A SODIUM FREE FOOD.**

**INGREDIENTS:** Potatoes and cottonseed oil.

**UTZ QUALITY FOODS, INC.**
HANOVER, PA 17331
Reg. Penna. Dept. Agr.
1-800-FOR-SNAX
**www.utzsnacks.com**

f Find us on
Facebook

Job 173342 / Robinson Sales / UTZ 9.5 oz No Salt PC / 02-05-14 / SPC(A) 110% .204 BWR / CP / LH

10" Face
20.75" Web

10" Cutoff
87.97% Compensation
for .007 Polypropylene

---

**Cyber Graphics**
digital and technology serving together
ART PROOF

ENG NO: 0114-97368R    JOB NO: 173342

This production art proof is an exact duplicate of our digital art file. It is presented to you for review and approval prior to plate making and printing.

CYBER GRAPHICS will not accept responsibility for any discrepancies in copy, legal requirements or design interpretation after final approval of this proof, unless we have not executed your requested changes.

Customer Approval: _____ Date: _____

**NOT FOR COLOR MATCH**

| COLOR: | | COVERAGE: |
|---|---|---|
| Process Cyan IC 7000 7251 PC | | 1 % |
| Process Magenta IC 6004 7235 PC | | 1 % |
| Process Yellow IC 5201 7257 PC | | 3 % |
| Process Black IC 4005 7231 PC | | 1 % |
| Line Black IC 1004 Line Color | | 1 % |
| Red IC 8007 Line Color | | 4 % |
| Blue IC 7187 Line Color | | 24 % |

Eyespot Prints
Line Black



## Utz

### HONEY BBQ
flavored

### crisp all natural
## potato chips

Utz Honey BBQ Potato Chips combine the sweet flavor of honey with classic BBQ seasoning for a great taste sensation. All of this plus our classic Utz crispness and you've got a taste-satisfying snack. Try our other Potato Chips. Great snacks anytime!

We unconditionally guarantee all UTZ products. If you are ever dissatisfied, return the unused portion to the store where purchased for a full refund or satisfactory replacement, or write us at 900 High Street, Hanover, PA 17331. Please include the name of the store where purchased, the price/code mark on the front of this package and the reason for dissatisfaction.

## Utz

### HONEY BBQ
flavored

### crisp all natural
## potato chips

GUARANTEED FRESH
UNTIL PRINTED DATE

**NO PRESERVATIVES**

NET WT 6 oz (170.1g)

**Utz.** of Hanover

### Nutrition Facts
Serving Size: 1 oz (28g/about 20 chips)
Servings per container: 6

| Amount Per Serving | | |
|---|---|---|
| **Calories** 150 | Calories from Fat 80 | |
| | | **% Daily Value*** |
| **Total Fat** 9g | | 14% |
| Saturated Fat 2g | | 10% |
| Trans Fat 0g | | |
| Polyunsaturated Fat 5g | | |
| Monounsaturated Fat 2g | | |
| **Cholesterol** 0mg | | 0% |
| **Sodium** 180mg | | 8% |
| **Total Carbohydrate** 14g | | 5% |
| Dietary Fiber 1g | | 4% |
| Sugars 1g | | |
| **Protein** 2g | | |

| | | | |
|---|---|---|---|
| Vitamin A | 0% | Vitamin C | 10% |
| Calcium | 0% | Iron | 2% |
| Thiamin | 2% | Vitamin B6 | 2% |
| Niacin | 4% | Vitamin B6 | 4% |
| Phosphorus | 2% | Magnesium | 2% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | less than | 65g | 80g |
| Saturated Fat | less than | 20g | 25g |
| Cholesterol | less than | 300mg | 300mg |
| Sodium | less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9  •  Carbohydrate 4  •  Protein 4

INGREDIENTS: Potatoes, cottonseed oil, sugar, salt, dextrose, tomato powder, dehydrated onion, spices, tomato powder, molasses powder (molasses, maltodextrin), brown sugar, honey powder (maltodextrin, honey), extractives of paprika, natural flavors, garlic powder, citric acid, natural flavors. The maltodextrin is derived from corn. Contains no hydrogenated fats. This is a Gluten Free Food.

UTZ QUALITY FOODS, INC.
HANOVER, PA 17331
Reg. PA. Dept. of Agr.

0 41780 02137 3

*Can't find Utz products in your area?*
Call the Utz Mail Order Dept. at 1-800-FOR-SNAX or visit our Web Site@
www.utzsnacks.com



CONFIDENTIAL:  Subject to Protective Order in Case No. 1:14-CV-14744-DPW



cyber graphics

## SNACKING SMART
0g Trans Fat
No Saturated Fat
No Cholesterol

We will see a snacking smart logo is important to make smart choices when deciding what snack items to eat. That's why we've developed a product line that provides you with Snacking Smart options to fit your healthy lifestyle. This product in particular is better for you because it has No Trans Fat, No Saturated Fat and No Cholesterol. Be sure to look for the tasty products to our Snacking Smart family.

### Olde World PUMPERNICKEL

Try the great taste of Utz Pumpernickel Pretzel Sticks: a delectable combination of flavorful pumpernickel and pretzel in a light crunchy stick. And with only 1 gram of fat per serving…a guilt-free snacking option! As with all Utz products, we guarantee its freshness and quality…after all, my grandparents' name is on the bag!

Mike Rice, Chairman

*Mike Rice*

We unconditionally guarantee all UTZ products. If you are ever dissatisfied, return the unused portion to the store where purchased for a full refund or satisfactory replacement, or write us at 900 High Street, Hanover, PA 17331. Please include the name of the store where purchased, the price/code mark on the front of this package, and the reason for dissatisfaction.

### UTZ Select
### Olde World PUMPERNICKEL
ALL NATURAL PRETZELS
Net Weight 15 oz (425.2g)  Ⓤ D
**Utz** of Hanover

GUARANTEED FRESH
UNTIL PRINTED DATE

## Nutrition Facts
Serving Size: 1 oz (28g/about 8 pretzels)
Servings Per Container: 15

| Amount Per Serving | |
|---|---|
| Calories 110 | Calories from Fat 10 |

| | % Daily Value* |
|---|---|
| **Total Fat** 1g | 2% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 230mg | 8% |
| **Total Carbohydrate** 23g | 8% |
| Dietary Fiber 1g | 4% |
| Sugars 0g | |
| **Protein** 3g | |

| | | | |
|---|---|---|---|
| Vitamin A 0% | • | Vitamin C 0% |
| Calcium 0% | • | Iron 2% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

INGREDIENTS:
Unbleached wheat flour, whole wheat flour, rye flour, expeller pressed sunflower oil, onion powder, caramel color, spices (including caraway), maltodextrin, salt, dextrose, garlic powder, yeast extract, natural flavor, citric acid, lactic acid, yeast, vinegar, soda. CONTAINS NO HYDROGENATED FATS. CONTAINS NO GENETICALLY MODIFIED INGREDIENTS.

ALLERGY INFORMATION:
This product contains wheat. It is also made on production lines that manufacture other products that may contain milk, soy and sesame seeds.

UTZ QUALITY FOODS, INC.
HANOVER, PA 17331
Reg. Penna. Dept. Agr.
Mail order department: 1-800-FOR-SNAX
www.utzsnacks.com

Member
SNACK FOOD ASSOCIATION
An International Trade Association

Job 104373 / Utz Foods / 15 oz Select Olde World Pumpernickel / 12-31-09 / UPG(A) 100% .004 BWR / BdR / SM/ CH

Center Face
7.5" Face
16.25" Web
13.5" Cutoff
99.90% Compensation for .067 Photopolymer



### APPROVAL REQUEST

ENG NO: 1209-80591SPD   JOB NO: 104373

COLORS:
Purple PMS 529 - IC 8834
Dark Brown PMS 476 - IC 2042
Buff IC 2562
Gold IC 2562
Green PMS 348 - IC 6761
White IC 5000

INK COVERAGE:
39 %
6 %
6 %
22 %
2 %
78 %

PROOFER:
ARTIST:
NOT FOR COLOR MATCH

This color proof is an exact duplicate of the original production drawing for this job and is presented to you for your final approval before plates are made and the order is produced.

All copy, punctuation and spelling has been proof read, however, we ask that you carefully examine and recheck the items to make absolutely certain that we have used the correct copy and are with-in legal limits prescribed by local or national agencies where these apply to your products.

CYBER GRAPHICS will not be responsible for any discrepancies in copy, legal requirements or design interpretation after your approval of this copy unless we fail to make corrections per your written instructions for these corrections.

The colors on this proof are not meant to be color standards, but are indicative that a specific color will be used in that place. Please supply us with approved color standards if none are already set and approved.

Please sign, date and return this copy to Attention Customer Service Dept. as quickly as possible to avoid delaying the production of your order.

☐ Approved as is
☐ Approved w/ changes
☐ Not approved. Send a new proof.   APPROVING SIGNATURE ___ DATE ___

Cyber Graphics, LLC • 3825 Delp St. • Memphis, TN 38118
901.369.5400 • www.cybermemphis.com

Surface Print


Eyespot Prints
Brown Over Purple

cyber graphics



# 20% MORE *Bonus Bag*

## UTZ
### Ripples
crisp all natural
potato chips

GUARANTEED FRESH
UNTIL PRINTED DATE

## UTZ®
### Ripples
crisp all natural
## potato chips

### ripple cut

NO PRESERVATIVES

NET WT 12 oz (340.2g)

**UTZ**® of Hanover Ⓤ

Back in 1921, Bill and Salie Utz believed that if a basic potato chip had a good flavor, a little salt would enhance that flavor while a lot of salt would destroy it. That belief is still true today as Utz chips have the lowest sodium level among the leading chip brands. We have never advertised that fact, but thought those who are concerned about sodium intake would want to know.

We unconditionally guarantee all UTZ products. If you are ever dissatisfied, return the unused portion to the store where purchased for a full refund or satisfactory replacement or write us at 900 High Street, Hanover, PA 17331. Please include the name of the store where purchased, the price/code mark on the front of this package and the reason for dissatisfaction.

### Nutrition Facts
Serving Size: 1 oz (28g/about 20 chips)
Servings Per Container: 12

| Amount Per Serving | |
|---|---|
| Calories 150 | Calories from Fat 90 |

| | % Daily Value* |
|---|---|
| **Total Fat** 10g | **16%** |
| Saturated Fat 2.5g | **13%** |
| Trans Fat 0g | |
| Polyunsaturated Fat 5g | |
| Monounsaturated Fat 2.5g | |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 95mg | **4%** |
| **Potassium** 370mg | **11%** |
| **Total Carbohydrate** 14g | **5%** |
| Dietary Fiber 1g | **4%** |
| Sugars 0g | |
| **Protein** 2g | |

| | | | |
|---|---|---|---|
| Vitamin A | 0% | • Vitamin C | 10% |
| Calcium | 0% | • Iron | 2% |
| Vitamin E | 20% | • Thiamin | 2% |
| Niacin | 6% | • Vitamin B₆ | 6% |
| Phosphorus | 4% | • Magnesium | 4% |

* Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less Than | 65g | 80g |
| Sat Fat | Less Than | 20g | 25g |
| Cholesterol | Less Than | 300mg | 300mg |
| Sodium | Less Than | 2,400mg | 2,400mg |
| Potassium | Less Than | 3,500mg | 3,500mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

INGREDIENT
Whole fresh potatoes, sliced and cooked in 100% pure cottonseed oil, with salt added. No preservatives added. Contains no hydrogenated fats. This is a Gluten Free Food.

UTZ QUALITY FOODS, INC.
HANOVER, PA 17331
Reg. Penna. Dept. Agr.

1-800-FOR-SNAX
www.utzsnacks.com

Member
SNACK
FOOD
ASSOCIATION

Job 123531 / Utz Foods / 12 oz Ripple PC #4005 / Apr. 14, 2011 / UPC(A) 120% 004 8108 / DS / r970 / RB / A²

10.5" Face
21.75" Web

15.5" Cutoff


Eyespot Prints
Brown / Red



cyber graphics



**SNACKING SMART**
0g Trans Fat
No Saturated Fat
No Cholesterol

We will now something, but it's important to make smart choices when deciding what and how much to eat. That's why we've developed a product line that provides you with Snacking Smart options to fit your healthy lifestyle. This product in particular is better for you because it has No Trans Fat, No Saturated Fat and No Cholesterol. Be sure to look for other tasty products in our Snacking Smart family.

### All Natural
### BUTTER STICKS

**Try the great taste of Utz All Natural Butter Sticks Pretzels:** a delectable combination of flavorful butter and pretzels in a crunchy and convenient stick shape. And with only 1 gram of fat per serving...a guilt-free snacking option! As with all Utz products, we guarantee its freshness and quality...after all, my grandparents' name is on the bag!

Mike Rice, Chairman

*Mike Rice*

We unconditionally guarantee all UTZ products. If you are ever dissatisfied, return the unused portion to the store where purchased for a full refund or satisfactory replacement, or write us at 900 High Street, Hanover, PA 17331. Please include the name of the store where purchased, the price/code mark on the front of this package, and the reason for dissatisfaction.



GUARANTEED FRESH
UNTIL PRINTED DATE

### All Natural
### BUTTER STICKS

**SNACKING SMART**
0g Trans Fat
No Saturated Fat
No Cholesterol

PRETZELS

See back panel for information about sodium and other nutrients.

Net Weight 15 oz (425.2g)  U D

**UTZ.**of Hanover



## Nutrition Facts
Serving Size: 1 oz (28g/about 9 pretzels)
Servings Per Container: 15

| Amount Per Serving | |
| --- | --- |
| Calories 100 | Calories from Fat 10 |

| | % Daily Value* |
| --- | --- |
| Total Fat 1g | 2% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| Cholesterol 0mg | 0% |
| Sodium 380mg | 16% |
| Total Carbohydrate 19g | 6% |
| Dietary Fiber less than 1g | 3% |
| Sugars 1g | |
| Protein 3g | |

| Vitamin A 0% | • | Vitamin C 0% |
| --- | --- | --- |
| Calcium 0% | • | Iron 2% |

* Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
| --- | --- | --- | --- |
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

INGREDIENTS:
Unbleached wheat flour, vital wheat gluten, corn oil, salt, malt syrup, natural butter flavor, yeast, oleoresin paprika coloring, soda.

CONTAINS NO HYDROGENATED FATS.

ALLERGY INFORMATION: This product contains wheat and milk. It is also made in a facility that uses sesame seeds.

UTZ QUALITY FOODS, INC.
HANOVER, PA 17331
Reg. Penna. Dept. Agr.
Mail order department: 1-800-FOR-SNAX
www.utzsnacks.com

**Member**
**SNACK FOOD ASSOCIATION**
*An International Trade Association*

0 41780 04212 5

See back panel for information about sodium and other nutrients.

Center Face

Job 104374 / Utz Foods / 15 oz Select Butter Sticks / 12-28-09 / UPC(A) 100% .004 BWR / BdR/ CH

7.5" Face

16.25" Web

13.5" Cutoff

98.5% Compensation
for .007 Photopolymer

---

**APPROVAL REQUEST**

ENG NO: 1209-80592SPD    JOB NO: 104374

This color proof is an exact duplicate of the original production drawing for this job and is presented to you for your final approval before plates are made and the order is produced.

All copy, punctuation and spelling has been proof read; however, we ask that you carefully examine and recheck the items to make absolutely certain that we have used the correct copy and are with-in legal limits prescribed by local or national agencies where these apply to your products.

CYBER GRAPHICS will not be responsible for any discrepancies in copy, legal requirements or design interpretation after your approval of this copy unless we fail to make corrections per your written instructions for these corrections.

The colors on this proof are not meant to be color standards, but are indicative that a specific color will be used in that place. Please supply us with approved color standards if none are already set and approved.

Please sign, date and return this copy to Attention Customer Service Dept. as quickly as possible to avoid delaying the production of your order.

☐ Approved as is
☐ Approved w/ changes
☐ Not approved. Send a new proof.

APPROVING SIGNATURE            DATE

Cyber Graphics, LLC • 3825 Delp St. • Memphis, TN 38118
901.369.5400 • www.cybermemphis.com

| COLORS: | | INK COVERAGE: | |
| --- | --- | --- | --- |
| Maroon PMS 202 - IC 3692 | | 40 % | |
| Dark Brown PMS 476 - IC 3942 | | 6 % | |
| Buff IC 2963 | | 6 % | |
| Gold IC 2962 | | 22 % | |
| Green PMS 348 - IC 6761 | | 2 % | |
| White IC 9000 | | 79 % | |

**Surface Print**

Eyespot Prints
Brown over Maroon
over White

NOT FOR COLOR MATCH

CONFIDENTIAL: Subject to Protective Order in Case No. 1:14-CV-14744-DPW

Submitted Pursuant to Federal Rule of Evidence 408 - For Mediation Purposes Only





CONFIDENTIAL: Subject to Protective Order in Case No. 1:14-CV-14744-DPW



cyber graphics

SNACKING SMART ★

We all love snacking, but it's important to make smart choices when deciding what and how much to eat. That's why we've developed a product line that provides you with Snacking Smart options to fit your healthy lifestyle. This product in particular is better for you because it has No Trans Fat, No Saturated Fat and No Cholesterol. Be sure to look for other tasty products in our Snacking Smart Family.

0g Trans Fat
No Saturated Fat
No Cholesterol

Toasted
**SESAME**

Try the great taste of Utz Toasted Sesame Pretzels: a delectable combination of toasted sesame and pretzel in a light crunchy stick. And with only 2 grams of fat per serving…a guilt-free snacking option! As with all Utz products, we guarantee its freshness and quality…after all, my grandparents' name is on the bag!

Mike Rice, Chairman

*Mike Rice*

We unconditionally guarantee all UTZ products. If you are ever dissatisfied, return the unused portion to the store where purchased for a full refund or satisfactory replacement, or write us at 900 High Street, Hanover, PA 17331. Please include the name of the store where purchased, the price/code mark on the front of this package, and the reason for dissatisfaction.

## Utz®
### Select
### Toasted
### SESAME

GUARANTEED FRESH
• UNTIL PRINTED DATE •

SNACKING SMART ★
0g Trans Fat
No Saturated Fat
No Cholesterol

**ALL NATURAL PRETZELS**

Net Weight 9 oz (255.1g)   Ⓤ D

**Utz.of Hanover**

### Nutrition Facts
Serving Size 1 oz (28g/about 9 pretzels)
Servings Per Container 9

| Amount Per Serving | |
|---|---|
| Calories 120 | Calories from Fat 20 |

| | % Daily Value* |
|---|---|
| Total Fat 2g | 3% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| Cholesterol 0mg | 0% |
| Sodium 220mg | 9% |
| Total Carbohydrate 21g | 7% |
| Dietary Fiber 1g | 4% |
| Sugars less than 1g | |
| Protein 3g | |

| Vitamin A 0% | • | Vitamin C 0% |
|---|---|---|
| Calcium 2% | • | Iron 2% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | | Calories: | 2,000 | 2,500 |
|---|---|---|---|---|
| Total Fat | Less than | | 65g | 80g |
| Sat Fat | Less than | | 20g | 25g |
| Cholesterol | Less than | | 300mg | 300mg |
| Sodium | Less than | | 2,400mg | 2,400mg |
| Total Carbohydrate | | | 300g | 375g |
| Dietary Fiber | | | 25g | 30g |

Calories per gram:
Fat 9  •  Carbohydrate 4  •  Protein 4

**INGREDIENTS:**
Wheat flour, toasted sesame seeds, vital wheat gluten, sesame oil, salt, potassium chloride, sodium bicarbonate, yeast, natural flavor, soda.
CONTAINS NO HYDROGENATED FATS.

**ALLERGY INFORMATION:**
This product contains wheat and sesame. It is also made on production lines that manufacture other products containing milk.

UTZ QUALITY FOODS, INC.
HANOVER, PA 17331
Reg. Penna. Dept. Agr.
Mail order department: 1-800-FOR-SNAX
www.utzsnacks.com

**Member**
SNACK FOOD ASSOCIATION
An International Trade Association

0  41780 00224  2

JOB# 74882 / Utz Quality Foods, Inc. / UTZ 9oz Toasted Sesame Pretzels #224 / 9-26-07 / 100% UPC - .004 / NC / SM

CENTER FACE

7" FACE

15 1/4" WEB

1 13/4" CUTOFF
Compensation .010 for 360° Photopolymer

---

**OVERPRINT PROOF!!**



Eyespot
Brown over Dark Green

### cyber GRAPHICS   Approval Request

3825 Delp St. • Memphis, Tn. 38118

JOB NO. 907-717586SPD

ARTIST: _____
PROOFER: _____

#### Customer Check List
☐ Web Width Size
☐ Cut Off Size
☐ Face Size
☐ Correct Colors
☐ Eyespot Size & Location
☐ Weight Description/grams
☐ Correct UPC #
☐ Customer Item Code

Seal Type:
☐ Standard Fin
☐ Offset Fin
☐ Lap

Type of Printing:
☐ Surface
☐ Reverse

This color proof is an exact duplicate of the original production drawing for this job and is presented to you for your final approval before engravings are made and the order is produced

All copy punctuation and spelling has been proof read, however we ask that you carefully examine and recheck the items to make absolutely certain that we have used the correct copy and are with in legal limits prescribed by local or national agencies where these apply to your products

CYBER GRAPHICS will not be responsible for any discrepancies in copy, legal requirements or design interpretation after your approval of this copy, unless we fail to make corrections per your written instructions for these corrections

The colors on this copy are not meant to be color standards, but are indicative that a specific color will be used in that place. Please supply us with approved color standards if none are already set and approved

Please sign, date and return this copy to CYBER GRAPHICS Attention Customer Service Dept. as quickly as possible to avoid delaying the production of your order

☐ Approved as is
☐ Approved with changes
☐ Not approved  Send a new proof

APPROVING SIGNATURE _____   DATE _____

#### Not for Color Match

| DK. GREEN PMS 560 IC 6604 | DK. BROWN PMS 476 IC 2042 | BUFF IC 1563 | GOLD IC 2562 | WHITE IC 9000 | WHITE BUMP IC 9000 | LACQUER IC-V000 | LT GREEN PMS 348 IC 6761 |
|---|---|---|---|---|---|---|---|



# UTZ
## *Wavy*

### PIT BBQ

**crisp all natural potato chips**

We unconditionally guarantee all UTZ products. If you are ever dissatisfied, return the unused portion to the store where purchased for a full refund or satisfactory replacement or write us at 900 High Street, Hanover, PA 17331. Please include the name of the store where purchased, the price/code mark on the front of this package and the reason for dissatisfaction.



**Member**
**SNACK FOOD ASSOCIATION**
An International Trade Association



0  41780 00164  1



**UTZ**
## *Wavy*

### PIT BBQ

**crisp all natural potato chips**

**NO PRESERVATIVES**

**NET WT 1.875 oz (53.1g)**

**UTZ® of Hanover**

GUARANTEED FRESH
UNTIL PRINTED DATE

## Nutrition Facts

Serving Size: 1 package
Servings per Container: 1

**Amount Per Serving**

**Calories** 280    Calories from Fat 150

|  | % Daily Value* |
|---|---|
| **Total Fat** 17g | **26%** |
| Saturated Fat 4g | **19%** |
| Trans Fat 0g | |
| Polyunsaturated Fat 9g | |
| Monounsaturated Fat 4g | |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 510mg | **21%** |
| **Potassium** 600mg | **17%** |
| **Total Carbohydrate** 28g | **9%** |
| Dietary Fiber 2g | **7%** |
| Sugars 2g | |
| **Protein** 4g | |

| Vitamin A 0% | • | Vitamin C 20% |
|---|---|---|
| Calcium 0% | • | Iron 4% |

* Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

|  | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | less than | 65g | 80g |
| Saturated Fat | less than | 20g | 25g |
| Cholesterol | less than | 300mg | 300mg |
| Sodium | less than | 2,400mg | 2,400mg |
| Potassium | less than | 3,500mg | 3,500mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9    •    Carbohydrate 4    •    Protein 4

**INGREDIENTS:** Potatoes, cottonseed oil, sugar, maltodextrin (derived from corn), salt, paprika, yeast powder (sugar, salt, autolyzed yeast extract, maltodextrin), onion powder, garlic powder, spice, paprika extract (color), citric acid, natural smoke flavor. No preservatives added. Contains no hydrogenated fats. This is a Gluten Free Food.

UTZ QUALITY FOODS, INC.
HANOVER, PA 17331
Reg. PA Dept. of Agr.
1-800-FOR-SNAX
www.utzsnacks.com

*Paper proof for position and copy only.*

AD:11125281.00

PCG129566.00
UTZ Quality Foods
1.875oz Wavy Pit BBQ Potato Chips
WEB: 13.75"  CUTOFF: 6.75"
CREATED: 05-11-12
REVISED:

Printpack
Corporate Graphic Services Group

DO NOT PLATE WITH THIS FILE WITHOUT PROPER PROTECTION
All film proofs must be thoroughly inspected to the responsibility of the customer's packaging equipment manufacturer's tolerance preferences, conditions, etc. All final die dimensions and graphic positioning are the responsibility of the customer.

DIE STRUCTURE:
Due to variations in customers' packaging equipment manufacturers' tolerance preferences, conditions, etc. all final die dimensions and graphic positioning are the responsibility of the customer.

| Blue 2758 D1 |
| Red 186 C1 |
| Orange 021 B1 |
| Yellow A1 |

CUTOFF C|L 9.75"

WEB C|L 13.75"  /  Face 6.5"

**packaging products** *corporation*

DESIGN AND ART SERVICES • 6820 SQUIBB ROAD • MISSION, KS 66202

CLIENT: UTZ Quality Foods
JOB: Bachman 1 oz Mini Baked Pretzels

CONTACT: Janet Allen
PHONE: 913.262.3033 X339
email: (janetallen@packagingproductscorp.com)

Design, size, position, copy and panel placement are correct. The customer assumes all liability for artwork, plates and printed material as a result of this approval.

NOTE: PPC WILL INVOICE AFTER 60 DAYS OF INACTIVITY.

| NO. COLORS: 8 | LPI: 150 |

| | PROCESS Black | | PMS RED 200 | | PMS GOLD 871 | | LINE BLACK | | PMS YELLOW 109 |
| | PROCESS MAGENTA | | PROCESS YELLOW | | WHITE | | | | |

| DATE | NOTES | | PLATE CHANGE |
| 4/30/13 | New Art, Art & die adjustments. | | ALL |
| 5/02/13 | Copy & art revisions. | | |
| | Eyespot: .375" x .5" | | |
| | GRAY INDICATES CLEAR. | | |

| WEB WIDTH | CUT-OFF |
| 9.5 | 6.75 |
| SURFACE | REVERSE |

CHART BELOW SHOWS HOW PRODUCT WILL DISPENSE FROM THE FINISHED ROLLS RECEIVED.
**FINISHED UNWIND CHART**
*COLORED BOX INDICATES DIRECTION*

LABEL SIDE OUT  1 2 3 4
LABEL SIDE IN  5 6 7 8

9.5" Web

.125"
.563"
.063"
.5"

6.75" C.O.

Clear Seal

Clear Seal

**GUARANTEED FRESH**

Bachman Quality Our Guarantee
Family owned and operated, Bachman has a long tradition of creating the highest quality snack foods. We use only the finest ingredients and our products are always unconditionally guaranteed.

If you are ever dissatisfied, return the unused portion to the store where purchased for a full refund or satisfactory replacement or write us at 900 High Street, Hanover, PA 17331. Please include the name of the store where purchased, the price/code mark on the front of this package and the reason for dissatisfaction.

This package is sold by weight. Some settling of the product may occur during shipment. Keep in a cool dry place away from light.

PROOF OF PURCHASE  1 OZ.
**Mini Baked Pretzels**

0  77817 12685  8

**Bachman**
Classic Quality Since 1884 ®

**Mini**
BAKED PRETZELS ® PAREVE

0g Trans Fat
All Natural

WINDOW

NET WT 1 oz (28.3g)

**Nutrition Facts**
Serving Size: 1 bag
Servings Per Container: 1

Amount Per Serving
Calories 110     Calories from Fat 0

% Daily Value*

Total Fat 0g                     0%
  Saturated Fat 0g               0%
  Trans Fat 0g
Cholesterol 0mg                  0%
Sodium 190mg                     8%
Total Carbohydrate 24g           8%
  Dietary Fiber less than 1g     4%
  Sugars 0g
Protein 3g

Vitamin A  0%  •  Vitamin C  0%
Calcium  0%  •  Iron  0%
* Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:
| | Calories | 2,000 | 2,500 |
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |
Calories per gram
Fat 9  •  Carbohydrate 4  •  Protein 4

INGREDIENTS: SOFT RED WINTER WHEAT FLOUR, SALT, SUNFLOWER OR CANOLA OR RICE OIL, CORN SYRUP, MALT SYRUP, YEAST.

**CONTAINS WHEAT INGREDIENTS.
MADE IN A NUT FREE FACILITY.**
Bachman brand is a division of:
Utz Quality Foods, Inc.
Hanover, PA 17331
1-800-FOR-SNAX • www.utzsnacks.com

.5"

2.5" Side Panel        4.5" Face        2.5" Side Panel