# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATT DIFRANCESCO, ANGELA MIZZONI, and LYNN MARRAPODI, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>UTZ QUALITY FOODS, INC.,<br><br>            Defendant. | Civil Action No. 1:14-CV-14744-DPW |

## PLAINTIFFS' MOTION FOR PRELIMINARY REVIEW AND AUTHORIZATION OF NOTICE OF CLASS ACTION SETTLEMENT

Plaintiffs Matt DiFrancesco, Angela Mizzoni, and Lynn Marrapodi ("Plaintiffs"), on behalf of the proposed Class and through their undersigned attorneys, hereby move for an order: (1) preliminarily certifying the Class for settlement purposes; (2) approving the Parties' proposed form and method of giving Notice to the Class and the procedures for Class Members to exclude themselves from or object to the Settlement; (3) directing that Notice be disseminated to the Class; (4) finding that such Notice constitutes the best notice practicable under the circumstances; (5) appointing Plaintiffs as Class Representatives; (6) appointing Robert Ahdoot and Tina Wolfson of Ahdoot & Wolfson, PC as Class Counsel; (7) appointing Angeion Group as the Settlement Administrator; (8) scheduling various dates for requirements and/or obligations of the Parties and Class Members as set forth in the table below and more fully described in the [Proposed] Notice Approval Order, filed concurrently with the Amended Settlement Agreement as Exhibit 5; and (9) scheduling a Fairness Hearing during which the Court will consider (a) whether the proposed Settlement should be finally approved and whether to enter a Final Order and Judgement, substantially in the forms filed concurrently with the Amended Settlement Agreement as Exhibits 3 and 4, (b) Class Counsel's application for an award of Attorneys' Fees and reimbursement of Expenses and Service Awards to the Class Representatives, and (c) dismissal of the Action pending before this Court.

| EVENT | DATE |
|---|---|
| Notice dissemination to the Class begins | Not later than 15 calendar days after entry of the Notice Approval Order |
| Deadline for Notice dissemination to be substantially completed | Not later than 90 days after entry of the Notice Approval Order |
| Deadline for Parties to file responses to any objections | 7 days prior to Final Approval Hearing |
| Final Approval Hearing | Not later than 185 days after entry of Notice Approval Order |

1

This Motion is made pursuant to Fed. R. Civ. P. 23 and is based upon: this Motion; the accompanying Memorandum of Points and Authorities and Exhibit A thereto; the concurrently filed Amended Settlement Agreement, including the amendments and Exhibits thereto; the previously filed declarations of Tina Wolfson (Plaintiffs' proposed Class Counsel) (Dkt. 87-1), of Steven Weisbrot on behalf of the proposed Settlement Administrator (Dkt. 87-2), and of Elisa Odabashian on behalf of the proposed *cy pres* recipient, Consumers Union (Dkt. 87-3), and such evidence and argument as the Court may consider at any hearing on this Motion.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

The undersigned counsel certify that they have conferred with counsel for Defendant with the following result: Defendant assented to the prior two similar motions for preliminary review of the proposed Settlement, however, defense counsel was not able to review this motion in time to give assent, though defense counsel did not foresee opposing this motion.

Respectfully submitted,

Dated: December 6, 2017                **AHDOOT & WOLFSON, PC**

By:     /s/ *Tina Wolfson*
Tina Wolfson (*pro hac vice*)
twolfson@ahdootwolfson.com
Robert Ahdoot (*pro hac vice*)
rahdoot@ahdootwolfson.com
10728 Lindbrook Dr.
Los Angeles, CA 90024
Phone: (310) 474-9111
Fax: (310) 474-8585

**MIRABELLA LAW**
Erica C. Mirabella (MA Bar No. 676750)
*erica@mirabellaLLC.com*
132 Boylston Street, 5th Floor
Boston, MA 02116
Phone: (617) 580-8270
Fax: (617) 583-1905

**BARBAT MANSOUR & SUCIU PLLC**
Nick Suciu III (*pro hac vice*)
*nicksuciu@bmslawyers.com*
434 West Alexandrine #101
Detroit, MI 48201
Phone: (313) 303-3471

*Counsel for Plaintiffs and
Proposed Settlement Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 6, 2017.

/s/ *Tina Wolfson*
Tina Wolfson

4